**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| ALP GOKSOY, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>SHERIFF JOSEPH M. ARPAIO; MARICOPA COUNTY, a public entity; S. SANFILLIPPO; M. LEWIS; JOHN DOES I-II,<br><br>Defendants. | NO.<br><br>**EXHIBIT INDEX** |

EXHIBITS

A. Contents of Maricopa County Superior Court No. CV2014-006743

B. Notice of Removal to Federal Court;

C. Civil Cover Sheet (Form JS-44); and

D. Supplemental Civil Cover Sheet.

# EXHIBIT A

## Contents of Maricopa County Superior Court
## No. CV2014-006743

**In the Superior Court of the State of Arizona**
**In and For the County of Maricopa**

Case Number CV2014-006743

APR 29 2014

**CIVIL COVER SHEET- NEW FILING ONLY**
(Please Type or Print)

Is Interpreter Needed? ☐ Yes ☒ No
If yes, language type: ____
Attorney/Pro Per Signature ____
To the best of my knowledge, all information is true and correct.

Plaintiff's Attorney **Elliot G. Wolfe**

Attorney's Bar Number **005521**

Plaintiff's Name(s): (List all)
Alp Goksoy

Plaintiff's Address:
**c/o Palumbo Wolfe & Palumbo, P.C.**
**2800 North Central Avenue, Suite 1400**
**Phoenix, AZ 85004**

(List additional plaintiffs on page two and/or attach a separate sheet).

Defendant's Name(s): (List All) Sheriff Joseph M. Arpaio; Maricopa County; S. Sanfillippo, M. Lewis; John Does I-II

(List additional defendants on page two and/or attach a separate sheet).

EMERGENCY ORDER SOUGHT: ☐ Temporary Restraining Order ☐ Provisional Remedy ☐ OSC
☐ Election Challenge ☐ Employer Sanction ☐ Other ____

☐ RULE 8(i) COMPLEX LITIGATION DOES NOT APPLY. (Mark appropriate box under **Nature of Action**).

☐ RULE 8(i) COMPLEX LITIGATION APPLIES Rule 8(i) of the Rules of Civil Procedure defines a "Complex Case" as civil actions that require continuous judicial management. A typical case involves a large number of witnesses, a substantial amount of documentary evidence, and a large number of separately represented parties. (Mark appropriate box on page two as to complexity, **in addition** to the Nature of Action case category).

## NATURE OF ACTION

(Place an **"X"** next to the **one** case category that most accurately describes your primary case.)

**100 TORT MOTOR VEHICLE:**
☐ 101 Non-Death/Personal Injury
☐ 102 Property Damage
☐ 103 Wrongful Death

**110 TORT NON-MOTOR VEHICLE:**
☐ 111 Negligence
☐ 112 Product Liability – Asbestos
☐ 112 Product Liability – Tobacco
☐ 112 Product Liability – Toxic/Other
☐ 113 Intentional Tort
☐ 114 Property Damage
☐ 115 Legal Malpractice
☐ 115 Malpractice – Other professional
☐ 117 Premises Liability
☐ 118 Slander/Libel/Defamation
☒ 116 Other (Specify) Tort-Excessive Force

**120 MEDICAL MALPRACTICE:**
☐ 121 Physician M.D. ☐ 123 Hospital
☐ 122 Physician D.O ☐ 124 Other

**130 CONTRACTS:**
☐ 131 Account (Open or Stated)
☐ 132 Promissory Note
☐ 133 Foreclosure
☐ 138 Buyer-Plaintiff
☐ 139 Fraud
☐ 134 Other Contract (Breach of Contract)
☐ 135 Real Property Excess Proceeds
☐ Construction Defects (Residential/Commercial)
☐ 136 Six to Nineteen Structures
☐ 137 Twenty or More Structures

**150-199 OTHER CIVIL CASE TYPES:**

- ☐ 156 Eminent Domain/Condemnation
- ☐ 151 Forcible Detainer
- ☐ 152 Change of Name
- ☐ 153 Transcript of Judgment
- ☐ 154 Foreign Judgment
- ☐ 158 Quiet Title
- ☐ 160 Forfeiture
- ☐ 175 Election Challenge
- ☐ 179 Employer Sanction Action (A.R.S. §23-212)
- ☐ 180 Injunction against Workplace Harassment
- ☐ 181 Injunction against Harassment
- ☐ 182 Civil Penalty
- ☐ 186 Water Rights (Not General Stream Adjudication)
- ☐ Sexually Violent Persons (A.R.S. §36-3704) (Except Maricopa County)
- ☐ Minor Abortion (See Juvenile in Maricopa County)
- ☐ Special Action Against Lower Courts (See lower court appeal cover sheet in Maricopa)

**150-199 UNCLASSIFIED CIVIL CASE TYPES:**

- ☐ Administrative Review (See lower court appeal cover sheet in Maricopa)
- ☐ 150 Tax Appeal (All other tax matters must be filed in the AZ Tax Court)

- ☐ 155 Declaratory Judgment
- ☐ 157 Habeas Corpus
- ☐ 184 Landlord Tenant Dispute - Other
- ☐ 159 Restoration of Civil Rights (Federal)
- ☐ 159 Clearance of Records (A.R.S. §13-4051)
- ☐ 190 Declaration of Factual Innocence(A.R.S.§12-771)
- ☐ 191 Declaration of Factual Improper Party Status
- ☐ 193 Vulnerable Adult (A.R.S. §46-451)
- ☐ 165 Tribal Judgment
- ☐ 167 Structured Settlement (A.R.S. §12-2901)
- ☐ 169 Attorney Conservatorships (State Bar)
- ☐ 170 Unauthorized Practice of Law (State Bar)
- ☐ 171 Out-of-State Deposition for Foreign Jurisdiction
- ☐ 172 Secure Attendance of Prisoner
- ☐ 173 Assurance of Discontinuance
- ☐ 174 In-State Deposition for Foreign Jurisdiction
- ☐ 176 Eminent Domain–Light Rail Only
- ☐ 177 Interpleader– Automobile Only
- ☐ 178 Delayed Birth Certificate (A.R.S. §36-333.03)
- ☐ 183 Employment Dispute - Discrimination
- ☐ 185 Employment Dispute - Other
- ☐ 163 Other ______________________ (Specify)

## COMPLEXITY OF THE CASE

If you marked the box on page one indicating that Complex Litigation applies, place an "X" in the box of no less than one of the following:

- ☐ Antitrust/Trade Regulation
- ☐ Construction Defect with many parties or structures
- ☐ Mass Tort
- ☐ Securities Litigation with many parties
- ☐ Environmental Toxic Tort with many parties
- ☐ Class Action Claims
- ☐ Insurance Coverage Claims arising from the above-listed case types

Additional Plaintiff(s)

______________________________________________

______________________________________________

Additional Defendant(s)

______________________________________________

______________________________________________

Elliot G. Wolfe - State Bar #005521
PALUMBO WOLFE & PALUMBO, P.C.
2800 North Central Avenue, Suite 1400
Phoenix, Arizona 85004
602-265-5777
E-mail: pwsp@palumbowolfe.com

Attorneys for Plaintiff

**IN THE SUPERIOR COURT OF THE STATE OF ARIZONA**

**IN AND FOR THE COUNTY OF MARICOPA**

| | |
|---|---|
| ALP GOKSOY,<br><br>Plaintiff,<br><br>v.<br><br>SHERIFF JOSEPH M. ARPAIO; MARICOPA COUNTY, a public entity; S. SANFILLIPPO; M. LEWIS; JOHN DOES I-II,<br><br>Defendants. | No. CV2014-006743<br><br>**COMPLAINT** |

For his claims against the defendants, jointly and severally, the plaintiff alleges as follows:

I

The plaintiff is currently a student at Arizona State University, residing in Maricopa County, and was a resident of Maricopa County, Arizona at the time of the incident that gives rise to his claims.

II

The defendant Arpaio is the Sheriff of, and resides in, Maricopa County, Arizona.

III

The defendant Sanfillippo resides in Maricopa County, Arizona.

IV

The defendant Lewis resides in Maricopa County, Arizona.

V

The events described in this Complaint took place in Maricopa County, Arizona.

VI

The defendant Maricopa County is a governmental entity that acts through its employees and agents.

VII

At the time of the incident that is the subject of this Complaint, the defendant Sanfillippo was a detective employed by the defendant Sheriff Arpaio and/or by the defendant Maricopa County, acting within the course and scope of his employment.

VIII

At the time of the incident that is the subject of this Complaint, the defendant Lewis was a detective employed by the defendant Sheriff Arpaio and/or by the defendant Maricopa County, acting within the course and scope of his employment.

IX

On August 24, 2013, defendants Sanfillippo and Lewis were working a DUI/Youth

Alcohol Enforcement detail within the City of Tempe, dressed in plain clothes, and driving an unmarked white Chevrolet Tahoe.

X

The defendants Sanfillippo and Lewis observed Mr. Goksoy walking in the street on East Spencer Avenue.

XI

The defendants Sanfillippo and Lewis noticed that Mr. Goksoy was having difficulty walking, was weaving from side to side, and appeared to lose his balance.

XII

When the defendants Sanfillippo and Lewis drove up beside Mr. Goksoy, defendant Lewis noticed that Mr. Goksoy's eyelids were partially closed, that his eyes were bloodshot and watery, and that he appeared to be impaired, and underage for the legal consumption of alcohol.

XIII

When the defendant Lewis asked Mr. Goksoy to get out of the roadway on East Spencer Avenue, Mr. Goksoy complied by getting onto, and walking west on, the sidewalk, and then running north through a parking lot.

XIV

According to defendant Lewis, he got out of the Tahoe, chased Mr. Goksoy and yelled: "Police. Stop."

XV

According to defendant Lewis, defendant Sanfillippo activated a siren on the Tahoe and

drove after Mr. Goksoy in the parking lot.

XVI

According to defendant Lewis, when defendant Sanfillippo yelled for Mr. Goksoy to stop, he did, and walked toward the Tahoe.

XVII

At that time, Mr. Goksoy appeared to be intoxicated and uncoordinated, and he staggered as he walked.

XVIII

At that time, Mr. Goksoy did not attempt to avoid arrest by flight.

XIX

At that time, and in that condition, Mr. Goksoy posed no immediate threat to the safety of the defendants.

XX

Defendant Sanfillippo got out of the Tahoe, and pushed Mr. Goksoy against the trunk of another vehicle.

XXI

When defendant Lewis arrived, he forced Mr. Goksoy to the ground, and defendant Sanfillippo handcuffed Mr. Goksoy behind his back.

XXII

As a result of the use of unreasonable, unnecessary and excessive force in slamming Mr. Goksoy's head or face into the trunk of a car, or into the ground, or both, defendant Sanfillippo

and/or defendant Lewis fractured Mr. Goksoy's jaw in several places, and damaged ten of his teeth.

XXIII

Defendants wanted to, but could not, administer a breathalyzer test to Mr. Goksoy at the scene because he was bleeding from his mouth.

XXIV

The Tempe police officers who arrived on the scene are the ones who called for emergency medical care.

XXV

The defendants issued a citation to Mr. Goksoy for obstructing a public thoroughfare and for underage consumption of alcohol.

XXVI

The defendants' actions were done under color of law.

XXVII

The defendants' conduct was negligent and/or in conscious disregard for the safety of Mr. Goksoy.

XXVIII

The defendants' conduct was in violation of 42 USC§ 1983.

XXIX

As a result of the conduct of the defendants, Alp Goksoy has incurred medical and dental expenses, and is likely to incur additional medical and dental expenses in the future.

XXX

As a result of the conduct of the defendants, Alp Goksoy had to withdraw from school, his parents had to fly to the United States to attend to his health and well-being, and he had to return to Turkey to obtain necessary medical and dental care.

XXXI

As a result of the conduct of the defendants, Alp Goksoy has experienced pain, discomfort, suffering, disability, disfigurement and anxiety, and is likely to experience additional pain, discomfort, suffering, disability, disfigurement and anxiety in the future.

XXXII

As a result of the conduct of the defendants, Alp Goksoy has experienced a loss of enjoyment of life, and in the participation of life's activities to the quality and extent normally enjoyed before these injuries.

XXXIII

The plaintiff provided and served the defendants with timely notice of his claims, as required by A.R.S. § 12-821.01.

WHEREFORE, the plaintiff requests that judgment be entered against the defendants as follows:

1. For general damages;

2. For the reasonable cost of medical and dental treatment to the date of trial, and for the reasonable cost of that treatment that he will probably incur in the future;

3. For punitive or exemplary damages;

4. For his costs incurred in this action;

5. For the costs and attorneys' fees allowed under 42 USC §1983; and

6. For such other and further relief that is reasonable under the circumstances.

DATED this 29th day of April, 2014.

PALUMBO WOLFE & PALUMBO, P.C.

By ______________________

Elliot G. Wolfe
2800 North Central Avenue, Suite 1400
Phoenix, Arizona 85004
Attorneys for Plaintiff

Elliot G. Wolfe - State Bar #005521
PALUMBO WOLFE & PALUMBO, P.C.
2800 North Central Avenue, Suite 1400
Phoenix, Arizona 85004
602-265-5777
E-mail: pwsp@palumbowolfe.com

Attorneys for Plaintiff

**IN THE SUPERIOR COURT OF THE STATE OF ARIZONA**

**IN AND FOR THE COUNTY OF MARICOPA**

| | |
|---|---|
| ALP GOKSOY,<br><br>Plaintiff,<br><br>v.<br><br>SHERIFF JOSEPH M. ARPAIO; MARICOPA COUNTY, a public entity; S. SANFILLIPPO; M. LEWIS; JOHN DOES I-II,<br><br>Defendants. | No. CV2014-006743<br><br>**CERTIFICATE OF COMPULSORY ARBITRATION** |

The undersigned certifies that he knows the dollar limits and any other limitations set forth by the local rules of practice for the applicable superior court, and further certifies that this case is not subject to compulsory arbitration, as provided by Rules 72 through 76 of the Arizona Rules of Civil Procedure.

/ / /

/ / /

/ / /

DATED this 29th day of April, 2014.

PALUMBO WOLFE & PALUMBO, P.C.

By [signature]

Elliot G. Wolfe
2800 North Central Avenue, Suite 1400
Phoenix, Arizona 85004
Attorneys for Plaintiff

Elliot G. Wolfe - State Bar #005521
PALUMBO WOLFE & PALUMBO, P.C.
2800 North Central Avenue, Suite 1400
Phoenix, Arizona 85004
602-265-5777
E-mail: pwsp@palumbowolfe.com

Attorneys for Plaintiff

APR 29 2014
DEPUTY CLERK

**IN THE SUPERIOR COURT OF THE STATE OF ARIZONA**

**IN AND FOR THE COUNTY OF MARICOPA**

| | |
|---|---|
| ALP GOKSOY,<br><br>Plaintiff,<br><br>v.<br><br>SHERIFF JOSEPH M. ARPAIO; MARICOPA COUNTY, a public entity; S. SANFILLIPPO; M. LEWIS; JOHN DOES I-II,<br><br>Defendants. | No. CV2014-006743<br><br>**PLAINTIFF'S DEMAND FOR JURY TRIAL** |

Pursuant to Rule 38(b) of the Arizona Rules of Civil Procedure, the plaintiff requests that this case be tried, as of right, before a jury.

DATED this 29th day of April, 2014.

PALUMBO WOLFE & PALUMBO, P.C.

By ____________________
Elliot G. Wolfe
2800 North Central Avenue, Suite 1400
Phoenix, Arizona 85004
Attorneys for Plaintiff

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
IN AND FOR THE COUNTY OF MARICOPA

FILED
MAY - 5 2014 2:04 PM
MICHAEL K. JEANES, Clerk
By E. Cervantes
E. Cervantes, Deputy

ALP GOKSOY,

Plaintiff,

vs.

SHERIFF JOSEPH M. ARPAIO, et al.,

Defendant.

No. CV 2014-006743

**AFFIDAVIT OF SERVICE OF PROCESS BY PRIVATE PERSON**

STATE OF ARIZONA )
COUNTY OF MARICOPA ) ss.

**Ray E. Currie**, being sworn, states: That he is fully qualified to serve process in this cause, having been so appointed by the Court; that he received the Summons & Complaint, Cert of Comp., Demand for Jury Trial, Non Uniform Interrogatorie

in this action from Elliot Wolfe #005521, Attorney. That he personally served the same on those names below, in the manner and at the time and place shown:

**SERVED:** MARICOPA COUNTY SHERIFF'S OFFICE, MARICOPA COUNTY SHERIFF JOSEPH M. ARPAIO, DETECTIVE S. SANFILLIPPO, #1511 and DETECTIVE M. LEWIS #1340 by service of all upon LEGAL LIAISON, LISA VANROO, duly authorized to accept for all of the above at her usual place of business at 550 W. Jackson Street, Phoenix, Arizona at 2:20 P.M. on April 2, 2014.

Ray E. Currie

Subscribed and sworn to before me on this 5 day of April, 20 14.

Notary Public
My commission expires: 2/14/2015

| | | |
|---|---|---|
| Service: | 4 | $ 120.00 |
| Miles: | minimum | $ 25.00 |
| Additional Mileage: | | $ |
| Witness Fees: | | $ |
| Notary: | & Aff. | $ 10.00 |
| TOTAL: | | $ 155.00 |

Ray E. Currie Investigations
P.O. Box 33131, Phoenix, Az. 85067
(602) 274-7966

FRANCIS J. BRINKMAN III
Notary Public - Arizona
MARICOPA COUNTY
My Comm. Exp. 02-14-15

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
IN AND FOR THE COUNTY OF MARICOPA

FILED MAY - 5 2014 2:04PM
MICHAEL K. JEANES, Clerk
By E Cervantes
E. Cervantes, Deputy

ALP GOKSOY,

Plaintiff,

vs.

SHERIFF JOSEPH M. ARPAIO, et al.,

Defendant.

No. CV 2014-006743

**AFFIDAVIT OF SERVICE OF PROCESS BY PRIVATE PERSON**

STATE OF ARIZONA )
COUNTY OF MARICOPA ) ss.

**Ray E. Currie**, being sworn, states: That he is fully qualified to serve process in this cause, having been so appointed by the Court; that he received the Summons & Complaint, Cert of CompArb., Demand for Jury Trial, Non Uniform Interrogatories Request for Production

in this action from Elliot Wolfe #005521, Attorney. That he personally served the same on those names below, in the manner and at the time and place shown:

**SERVED:** MARICOPA COUNTY, by service upon the CLERKOF THE BOARD OF SUPERVISORS, accepted by LORI MEDARIS, duly authorized to accept at her usual place of business at 301 W. Jefferson Street, Phoenix, Arizona 85003, at 2:02 P.M. on April 2, 2014.

[signature]
Ray E. Currie

Subscribed and sworn to before me on this 5 day of April, 20 14

[signature]
Notary Public
My commission expires: 2/14/2015

| | |
|---|---|
| Service: | $ |
| Miles: | $ |
| Additional Mileage: | $ |
| Witness Fees: | $ |
| Notary: | $ |
| TOTAL: | $ 65.00 |

Ray E. Currie Investigations
P.O. Box 33131, Phoenix, Az. 85067
(602) 274-7966

FRANCIS J. BRINKMAN III
Notary Public - Arizona
MARICOPA COUNTY
My Comm. Exp. 02-14-15

FILED
MAY - 6 2014 12:22 PM
MICHAEL K. JEANES, Clerk
By E. Cervantes
E. Cervantes, Deputy

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
IN AND FOR THE COUNTY OF MARICOPA

| | |
|---|---|
| ALP GOKSOY, Plaintiff, vs. SHERIFF JOSEPH M. ARPAIO, et al., Defendant. | No. CV 2014-006743 AMENDED **AFFIDAVIT OF SERVICE OF PROCESS BY PRIVATE PERSON** |

STATE OF ARIZONA )
COUNTY OF MARICOPA ) ss.

**Ray E. Currie**, being sworn, states: That he is fully qualified to serve process in this cause, having been so appointed by the Court; that he received the Summons & Complaint, Cert of Comp Arb, Demand for Jury Trial & Non Uniform Interrogs.

in this action from Elliot Wolfe #005521, Attorney. That he personally served the same on those names below, in the manner and at the time and place shown:

**SERVED:** MARICOPA COUNTY SHERIFF'S OFFICE, MARICOPA COUNTY SHERIFF JOSEPH M. ARPAIO, DETECTIVE S. SANFILLIPPO, #1511 and DETECTIVE M. LEWIS #1340 by service of all four upon LEGAL LISISON LISA VANROO, duly authorized to accept for all four at her usual place of business at 550 W. Jackson, Phoenix, Arizona at 2:20 P.M. on May 2, 2014.

Ray E. Currie

Subscribed and sworn to before me on this 6 day of May, 20 14.

Notary Public
My commission expires: 2/14/2015

| | | |
|---|---|---|
| Service: | 4 | $ 120.00 |
| Miles: | | $ 25.00 |
| Additional Mileage: | | $ |
| Witness Fees: | | $ |
| Notary: | & Aff. | $ 10.00 |
| TOTAL: | | $ 155.00 |

Ray E. Currie Investigations
P.O. Box 33131, Phoenix, Az. 85067
(602) 274-7966

FRANCIS J. BRINKMAN III
Notary Public - Arizona
MARICOPA COUNTY
My Comm. Exp. 02-14-15

FILED
MAY - 6 2014 12:22 PM
MICHAEL K. JEANES, Clerk
By E Cervantes
E. Cervantes, Deputy

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
IN AND FOR THE COUNTY OF MARICOPA

ALP GOKSOY,

Plaintiff ____,

vs.

SHERIFF JOSEPH M. ARPAIO, et al.,

Defendant ____.

No. CV 2014-006743

AMENDED

**AFFIDAVIT OF SERVICE OF PROCESS BY PRIVATE PERSON**

STATE OF ARIZONA )
COUNTY OF MARICOPA ) ss.

**Ray E. Currie**, being sworn, states: That he is fully qualified to serve process in this cause, having been so appointed by the Court; that he received the Summons & Complaint , Cert of Comp ARb., Demand for Jury Trial & Non Uniform Interrogatories & Request for Production

in this action from Elliot Wolfe #005521, Attorney. That he personally served the same on those names below, in the manner and at the time and place shown:

**SERVED:** MARICOPA COUNTY, by service upon the CLERK OF THE BOARD OF SUPERVISORS, accepted by LORI MEDARIS, duly authorized to accept at her usual place of business at 301 W. Jefferson St. Phoenix, Arizona 85003, at 2:02 P.M. on May 2, 2014.

Ray E. Currie

Subscribed and sworn to before me on this 6 day of May, 20 14

| | | |
|---|---|---|
| Service: | $ | |
| Miles: | $ | |
| Additional Mileage: | $ | |
| Witness Fees: | $ | |
| Notary: | $ | |
| TOTAL: | $ | 65.00 |

Notary Public
My commission expires: 2/14/2015

Ray E. Currie Investigations
P.O. Box 33131, Phoenix, Az. 85067
(602) 274-7966

FRANCIS J. BRINKMAN III
Notary Public - Arizona
MARICOPA COUNTY
My Comm. Exp. 02-14-15

FILED
MAY - 5 2014 2:04PM
MICHAEL K. JEANES, Clerk
By E Cervantes
E. Cervantes, Deputy

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
IN AND FOR THE COUNTY OF MARICOPA

ALP GOKSOY, ]
] No. CV 2014-006743
Plaintiff ___, ]
] **AFFIDAVIT OF SERVICE OF PROCESS BY PRIVATE PERSON**
vs. ]
SHERIFF JOSEPH M. ARPAIO, et al., ]
Defendant ___. ]

STATE OF ARIZONA )
COUNTY OF MARICOPA ) ss.

**Ray E. Currie**, being sworn, states: That he is fully qualified to serve process in this cause, having been so appointed by the Court; that he received the Summons & Complaint, Cert of CompArb., Demand for Jury Trial, Non Uniform Interrogatories Request for Production

in this action from Elliot Wolfe #005521, Attorney. That he personally served the same on those names below, in the manner and at the time and place shown:

**SERVED:** MARICOPA COUNTY, by service upon the CLERKOF THE BOARD OF SUPERVISORS, accepted by LORI MEDARIS, duly authorized to accept at her usual place of business at 301 W. Jefferson Street, Phoenix, Arizona 85003, at 2:02 P.M. on April 2, 2014.

[signature]
Ray E. Currie

Subscribed and sworn to before me on this 5 day of April, 20 14.

[signature]
Notary Public
My commission expires: 2/14/2015

| | |
|---|---|
| Service: | $ |
| Miles: | $ |
| Additional Mileage: | $ |
| Witness Fees: | $ |
| Notary: | $ |
| TOTAL: | $ 65.00 |

Ray E. Currie Investigations
P.O. Box 33131, Phoenix, Az. 85067
(602) 274-7966

FRANCIS J. BRINKMAN III
Notary Public - Arizona
MARICOPA COUNTY
My Comm. Exp. 02-14-15

FILED
MAY - 6 2014 12:22 PM
MICHAEL K. JEANES, Clerk
By E. Cervantes
E. Cervantes, Deputy

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
IN AND FOR THE COUNTY OF MARICOPA

ALP GOKSOY, ] No. CV 2014-006743

Plaintiff, ]

vs. ]

SHERIFF JOSEPH M. ARPAIO, et al., ]

Defendant. ]

AMENDED

**AFFIDAVIT OF SERVICE OF PROCESS BY PRIVATE PERSON**

STATE OF ARIZONA )
COUNTY OF MARICOPA ) ss.

**Ray E. Currie**, being sworn, states: That he is fully qualified to serve process in this cause, having been so appointed by the Court; that he received the Summons & Complaint, Cert of Comp Arb, Demand for Jury Trial & Non Uniform Interrogs.

in this action from Elliot Wolfe #005521, Attorney. That he personally served the same on those names below, in the manner and at the time and place shown:

**SERVED:** MARICOPA COUNTY SHERIFF'S OFFICE, MARICOPA COUNTY SHERIFF JOSEPH M. ARPAIO, DETECTIVE S. SANFILLIPPO, #1511 and DETECTIVE M. LEWIS #1340 by service of all four upon LEGAL LISISON LISA VANROO, duly authorized to accept for all four at her usual place of business at 550 W. Jackson, Phoenix, Arizona at 2:20 P.M. on May 2, 2014.

Ray E. Currie

Subscribed and sworn to before me on this 6 day of May, 20 14.

Notary Public
My commission expires: 2/14/2015

| | | |
|---|---|---|
| Service: | 4 | $ 120.00 |
| Miles: | | $ 25.00 |
| Additional Mileage: | | $ |
| Witness Fees: | | $ |
| Notary: | & Aff. | $ 10.00 |
| TOTAL: | | $ 155.00 |

Ray E. Currie Investigations
P.O. Box 33131, Phoenix, Az. 85067
(602) 274-7966

FRANCIS J. BRINKMAN III
Notary Public - Arizona
MARICOPA COUNTY
My Comm. Exp. 02-14-15