# EXHIBIT B

## Superior Court Notice of Removal to the Federal District Court

WILLIAM G. MONTGOMERY
MARICOPA COUNTY ATTORNEY

BY: Ann Thompson Uglietta (013696)
Deputy County Attorney
MCAO Firm No. 00032000

CIVIL SERVICES DIVISION
222 North Central Avenue, Suite 1100
Phoenix, Arizona 85004
Telephone (602) 506-8541
Facsimile (602) 506-8567
uglietta@mcao.maricopa.gov

Attorney for Defendants

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

IN AND FOR THE COUNTY OF MARICOPA

| | |
|---|---|
| ALP GOKSOY, and individual,<br><br>Plaintiff,<br><br>vs.<br><br>SHERIFF JOSEPH M. ARPAIO; MARICOPA COUNTY, a public entity; S. SANFILLIPPO; M. LEWIS; JOHN DOES I-II,<br><br>Defendants. | NO. CV2014-006743<br><br>**NOTICE OF REMOVAL TO FEDERAL DISTRICT COURT**<br><br>(Assigned to the Honorable Robert Oberbillig) |

Defendants, by and through undersigned counsel, hereby notify Maricopa County Superior Court, and Plaintiff's counsel that Defendants are exercising their right to remove this case to the United States District Court for the District of Arizona pursuant to 28 U.S.C. § 1441.

. . .

. . .

A true copy of the District Court Notice of Removal is attached.

**RESPECTFULLY SUBMITTED** this 22nd day of May, 2014.

WILLIAM G. MONTGOMERY
MARICOPA COUNTY ATTORNEY

By /s/Ann Thompson Uglietta
ANN THOMPSON UGLIETTA, ESQ.
Deputy County Attorney
Attorney for Defendants

CERTIFICATE OF SERVICE

I hereby certify that on May 22, 2014, I caused the foregoing document to be electronically transmitted to the Clerk's Office:

Honorable Robert Oberbillig
Judge of the Superior Court
125 W. Washington
Phoenix, AZ 85003-2243

and copy e-served to:

Elliot G. Wolfe
Palumbo Wolfe & Palumbo, P.C.
2800 N. Central Ave., Suite 1400
Phoenix, AZ 85004
pwsp@palumbowolfe.com
*Attorney for Plaintiff*

/s/ Grace Naranjo

S:\CIVIL\CIV\Matters\CJ\2014\Goksoy v. Arpaio CJ14 14\Pleadings\Removal\Notice of Removal from S.C 5-14-14..docx

# Exhibit “1”

**NOTICE OF REMOVAL OF MARICOPA COUNTY SUPERIOR COURT CIVIL CAUSE NO. CV2014-006743; UNDER 28 U.S.C. §1441(b)**

WILLIAM G. MONTGOMERY
MARICOPA COUNTY ATTORNEY
BY: Ann Thompson Uglietta (013696)
Deputy County Attorney
MCAO Firm No. 00032000
CIVIL SERVICES DIVISION
222 North Central Avenue, Suite 1100
Phoenix, Arizona 85004
Telephone (602) 506-8541
Facsimile (602) 506-8567
uglietta@mcao.maricopa.gov

Attorney for Defendants

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| ALP GOKSOY, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>SHERIFF JOSEPH M. ARPAIO; MARICOPA COUNTY, a public entity; S. SANFILLIPPO; M. LEWIS; JOHN DOES I-II,<br><br>Defendants. | NO.<br><br>**NOTICE OF REMOVAL OF MARICOPA COUNTY SUPERIOR COURT CIVIL CAUSE NO. CV2014-006743; UNDER 28 U.S.C. § 1441(b)**<br><br>**(FEDERAL QUESTION)** |

Pursuant to Rule 3.7 of the Rules of Practice for the United States District Court for the District of Arizona and 28 U.S.C. §§ 1441 and 1446, Joseph Arpaio, Maricopa County, Maricopa County Deputy Sanfillippo and Maricopa County Deputy Lewis, and John Doe(s), hereby petition this Court for its Order of Removal of the State action described below:

**State Action:**

1. Plaintiff Alp Goksoy filed a state court action entitled Alp Goksoy v. Sheriff Joseph M. Arpaio; Maricopa County; Maricopa County Sheriff’s Deputy S.

Sanfillippo, Maricopa County Sheriff's Deputy M. Lewis, and John Doe(s), individuals; Cause No. CV2014-006473 in the Superior Court of Arizona, Maricopa County on April 29, 2014. This action is currently assigned to the Honorable Robert Oberbillig.

Service of Defendants:

1. Service on Defendants Arpaio, Maricopa County, Lewis and Sanfillippo was made on May 2, 2014.

Jurisdiction:

2. Plaintiff alleges Defendants are residents of Arizona.

3. Plaintiff's Complaint alleges a "violation of Plaintiff's civil rights" under 42 U.S.C. § 1983, *et seq*.

5. The above described state court action is one in which this Court has original jurisdiction pursuant to the provisions of 28 U.S.C. §§ 1331 and 1343.

6. This action is therefore properly removed pursuant to 28 U.S.C. §§ 1441(b) and 1446(b).

Notice:

7. Written notice of filing of this Notice of Removal is being mailed this date to Plaintiff.

8. A true and correct copy of this Notice of Removal is being filed this date with the Clerk of the Maricopa County Superior Court of the State of Arizona pursuant to 28 U.S.C. § 1446(d).

9. Pursuant to 28 U.S.C. § 1446(a), see attached Exhibit "A".

10. Wherefore, Defendants Arpaio, Maricopa County, Sanfillippo and Lewis pray this action, Cause No. CV2014-006743, pending in the Arizona Superior Court for Maricopa County, be removed to the United States District Court for the District of

. . .

. . .

Arizona, and that further proceedings in Arizona Superior Court regarding this action be stayed.

**RESPECTFULLY SUBMITTED** this 22nd day of May, 2014.

WILLIAM G. MONTGOMERY
MARICOPA COUNTY ATTORNEY

By /s/Ann Thompson Uglietta
ANN THOMPSON UGLIETTA, ESQ.
Deputy County Attorney
Attorney for Defendants

CERTIFICATE OF SERVICE

I hereby certify that on May 22, 2014, I caused the foregoing document to be electronically transmitted to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Clerk of the Court
United States District Court
Sandra Day O'Connor U.S. Courthouse
401 West Washington Street
Phoenix, Arizona 85003

Elliot G. Wolfe
Palumbo Wolfe & Palumbo
2800 N. Central Ave., Ste. 1400
Phoenix, AZ 85004
pwsp@palumbowolfe.com
*Attorney for Plaintiff*

/s/ G. Naranjo
S:\CIVIL\CIV\Matters\CJ\2014\Goksoy v. Arpaio CJ14 14\Pleadings\Removal\Notice of Removal D.C. 5-14-14docx.docx

**From:** TurboCourt Customer Service
**To:** Naranjo Grace; Conrad Elizabeth
**Subject:** AZTurboCourt E-Filing Courtesy Notification
**Date:** Thursday, May 22, 2014 8:54:12 AM

PLEASE DO NOT REPLY TO THIS EMAIL.

A party in this case requested that you receive an AZTurboCourt Courtesy Notification.

AZTurboCourt Form Set #1137917 has been delivered to Maricopa County Superior Court.

You will be notified when these documents have been processed by the court.

Here are the filing details:
Case Number: CV2014-006743 (Note: If this filing is for case initiation, you will receive a separate notification when the case # is assigned.)
Filed By: Ann T Uglietta
AZTurboCourt Form Set: #1137917
Delivery Date and Time: May 22, 2014 8:54 AM MST

Forms:
Summary Sheet (This summary sheet will not be filed with the court. This sheet is for your personal records only.)

Attached Documents:
Notice of Removal to Federal Court: NOTICE OF REMOVAL TO FEDERAL DISTRICT COURT
Exhibit/Attachment (Supporting): Exhibit 1

E-Service notification was sent to the following recipient(s):

Elliot G. Wolfe at pwsp@palumbowolfe.com